## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO. 11-0608-CG-M** |
| ) | |
| **One parcel of real property located** ) | |
| **at 10730 Meadow Lane West,** ) | |
| **Irvington, Alabama,** ) | |
| ) | |
| **Defendant.** ) | |

## FINAL JUDGMENT OF FORFEITURE

In accordance with the Order of Forfeiture entered this date, it is

**ORDERED, ADJUDGED and DECREED** that the defendant, 10730 Meadow

Lane West, Irvington, Alabama, together with its building, appurtenances,

improvements, fixtures, attachments and easements, that would constitute the

residence, curtilage and outlying property in Mobile County, Alabama, is forfeited

to the plaintiff, the United States of America, for disposition according to law.

   **DONE and ORDERED** this 30th day of January, 2013.

                              /s/  Callie V. S. Granade
                              UNITED STATES DISTRICT JUDGE